**Entered on Docket**
**August 24, 2009**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

---

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

ABRAMS & TANKO, LLLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Attorneys for  Secured Creditor WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MTA TRUST 2006-AR3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR3

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>DENNIS M. LAUGHLIN ,<br><br>          Debtor(s). | Bankruptcy Case No. BK-S-09-18761-mkn<br>Chapter 7<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MTA TRUST 2006-AR3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR3'S ORDER TERMINATING AUTOMATIC STAY<br>Date:    August 12, 2009<br>Time:    1:30 P.M. |

1    A hearing on Secured Creditor Wells Fargo Bank, National Association as
2 Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc., GreenPoint
3 MTA Trust 2006-AR3, Mortgage Pass-Through Certificates, Series 2006-AR3's Motion for
4 Relief From the Automatic Stay came on regularly for hearing in the United States Bankruptcy
5 Court before the Honorable Mike K. Nakagawa.

6    The court having duly considered the papers and pleadings on file herein and
7 being fully advised thereon and finding cause therefor:

8    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

9    The automatic stay of 11 United States Code section 362 is hereby immediately
10 terminated as it applies to the enforcement by Movant of all of its rights in the real property
11 under the Note and Deed of Trust encumbering the real property commonly known as 2840
12 Mohawk Street, Las Vegas, Nevada 89146 ("Real Property"), which is legally described as:

> LOT TEN (10) OF TARAVILLA, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 23 OF PLATS, PAGE 92, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND AMENDED BY CERTIFICATE OF AMENDMENT RECORDED DECEMBER 14, 1979 IN BOOK 1160 AS DOCUMENT NO. 1119729 OF OFFICIAL RECORDS.

19    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may
20 offer and provide Debtor with information re: a potential Forbearance Agreement, Loan
21 Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and
22 may enter into such agreement with Debtor.  However, Movant may not enforce, or threaten to
23 enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this
24 bankruptcy case.

APPROVED/DISAPPROVED

_____
BRIAN D. SHAPIRO
TRUSTEE

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐     The court has waived the requirement of approval under LR 9021.

☐     No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐     Approved. - Debtor(s)/Debtor(s)' Attorney/Trustee

☐     Disapproved. - Debtor(s)/Debtor(s)' Attorney/Trustee

☒     Failed to respond. - Trustee

###

Submitted by:

/s/ EDDIE R. JIMENEZ
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar #10376
Attorney for WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MTA TRUST 2006-AR3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR3